# Chiketa Palmoré-Bryant, MSA, Esq.
## Palmoré Legal Services, PLLC
### Attorney & Counselor at Law

**Mail Drop:**
P.O. Box 3521
Southfield, MI 48037
Michigan License P63927

Contact: 313.613.9938
Email: chiketapalmore@gmail.com
eFax: 313.613.9938

November 4, 2016

Honorable Chief Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, #2550
New York, New York 10007-1312

RE:   **Guy Thomas Fisher   BOP 0 5 4 0 4 – 0 5 4**
          **S S – 8 3 C r – 0 0 1 5 0 – 0 1 (M P)**

Your Honor,

This correspondence provides notice that I am a Clemency Project 2014 volunteer attorney who has requested a copy of the Presentence Report for the above named inmate for purposes exclusively associated with Clemency Project 2014. The Bureau of Prisons will disclose the Presentence Report to me two weeks from the date of this notice unless you object.

Your objection, if you have one, should be directed to:
BOPClemency2014@bop.gov

I have received consent from the inmate and I will disclose the Presentence Report only to members of the Screening and Steering Committees who have executed non-disclosure agreements and to the Office of Pardon Attorney as a required attachment to a petition for clemency.

No other disclosure of the Presentence Report shall be made and I will return the Presentence Report to the Bureau of Prisons or destroy it upon conclusion of representation. Members of Clemency Project 2014 who have received a copy of the report also agree to destroy any copies upon completion of their review of the case.

Sincerely,

Chiketa Palmoré-Bryant, MSA, Esq.

PSR Notice to Judge
Petition of Guy Thomas Fisher

Page **2** of **2**

# Chiketa Palmoré-Bryant, MSA, Esq.
## Palmoré Legal Services, PLLC
### Attorney & Counselor at Law

**Mail Drop:**
P.O. Box 3521
Southfield, MI  48037
Michigan License  P63927

Contact:  313.613.9938
Email:  chiketapalmore@gmail.com
eFax: 313.613.9938

November 4, 2016

Judge McMahon:

I am writing because I am a Clemency Project 2014 volunteer attorney who has requested a copy of the Presentence Investigative Report for the above-named defendant for purposes exclusively associated with Clemency Project 2014.  It is my understanding that the Administrative Office of the United States Courts has authorized the Bureau of Prisons to release Presentence Investigative Reports to Clemency Project 2014 volunteers with their client's consent, following notice to the sentencing judge, if the sentencing judge does not object within 14 days.  Accordingly, the Bureau of Prisons will disclose the Presentence Investigative Report to me two weeks from the date of this notice unless you object.  The Bureau of Prisons has opened an email address for correspondence related to Clemency Project 2014's request for Presentence Investigative Reports.  They have requested that your objection, if you have one, be directed to:

BOPClemency2014@bop.gov

I have received Guy Thomas Fisher's written consent to obtain the Presentence Investigative Report, a copy of which is attached to this letter.  I will disclose the Presentence Investigative Report only to members of the Screening and Steering Committees who have executed non-disclosure agreement and to the Office of the Pardon Attorney as a required attachment to the petition for clemency.

No other disclosure of the Presentence Investigative Report shall be made and the Presentence Investigative report will not be provided to the client.  I will return the Presentence Investigative Report to the Bureau of Prisons or destroy it upon conclusion of my representation of [Applicant].  Members of Clemency Project 2014 who have received a copy of the report also agree to destroy copies upon completion of their review of the case.

Sincerely,

Chiketa Palmore-Bryant, MSA, Esq.

| FOR COMPLETION BY ATTORNEY OF RECORD | Initials | Date |
|---|---|---|
| I will use the PSR/SOR exclusively for their representation of the inmate in connection with CP14. | CRPB | 10/27/16 |
| I will disclose the PSR/SOR, with the inmate's authorization, only to members of CP14's screening and steering committees who have executed nondisclosure agreements, and to the Office of the Pardon Attorney as a required attachment to any petition for clemency. | CRPB | 10/27/16 |
| I acknowledge no other disclosure of the PSR/SOR is permitted. | CRPB | 10/27/16 |
| I acknowledge that under no circumstances will copies of the PSR/SOR be provided to an inmate in custody of the BOP. | CRPB | 10/27/16 |
| I will destroy the PSR/SOR upon the conclusion of the representation. | CRPB | 10/27/16 |
| I have notified the sentencing court of this request for the PSR/SOR. | CRPB | 10/27/16 |
| I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000. | CRPB | 10/27/16 |

| | |
|---|---|
| Attorney Printed Name: | Chiketa Palmore Bryant |
| Attorney Signature: | CPL |
| Date: | 10/27/16 |
| Attorney Mailing Address: | P.O. Box 3521 Southfield, MI 48037 |
| Attorney E-Mail Address: | chiketupalmore.@gmail.com |
| Attorney Phone Number: | 313-613-9938 |

| FOR INMATE COMPLETION | Initials | Date |
|---|---|---|
| I authorize staff of the Federal Bureau of Prisons to release to the above attorney a copy of the PSR and SOR used in my criminal case. | A.T.F. | 10/31/16 |
| I understand that I may revoke this consent in writing at any time except to the extent that disclosure has already been made based on that consent. This consent is effective for twelve months from date of signature. | A.T.F. | 10/31/16 |
| | A.T.F. | 10/31/16 |
| I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000. | A.T.F. | 10/31/16 |

| | |
|---|---|
| Inmate Printed Name: | GUY THOMAS FISHER |
| Inmate Register Number: | Guy T. Fisher #05404-054 |
| Inmate Signature: | Guy Thomas Fisher |
| Date: | October 31, 2016 |