| Reply all | ⌄ | 🗑 Delete | Junk | ⌄ | … | ✕ |

# Fwd: Guy Fisher ./Florence 2- letter

**Mark Gombiner**
Wed 7/29, 3:04 PM
Kathleen Fitzgerald <kfitz58@hotmail.com>

↺ Reply all | ⌄

Sent Items

Label: Purge Old Mail (20 years) Expires: 7/24/2040 3:04 PM

Get [Outlook for iOS](#)

\---------- Forwarded message \----------
From: "**FLORENCE FISHER LACY**" <[flacy22@yahoo.com](mailto:flacy22@yahoo.com)>
Date: Wed, Jul 29, 2020 at 1:59 PM -0400
Subject: Guy Fisher ./Florence 2- letter
To: "Mark Gombiner" <[Mark_Gombiner@fd.org](mailto:Mark_Gombiner@fd.org)>

July 29, 2020

To whom it may concern;

My name is Florence Fisher Lacy. I am the youngest sibling of Guy Thomas Fisher. I'm compelled to write and give you an exclusive look into the makings of my immediate family and the ties that bind us. Guy is my oldest brother. However, he also served as a father figure, as my dad was often unavailable. I was blessed in so many ways in my young and formative years. It was a direct result of my mother's undying love and my big brother Guy's giving heart. They both always wanted the very best for me.

Guy always encouraged me to actively pursue my skills for drawing, as I showed exceptional promise. My love for designing clothing, landed me in Fashion High School. Guy took me everywhere with him. We spent so much time together when I was a young girl. We enjoyed going out to discos, dancing and having a good time. I was the envy of all the women, they didn't know he was my brother. All the ladies loved him. He was tall, handsome and had a pleasing personality. He never indulged in drugs or alcohol. I didn't have a boyfriend until I was twenty-one years old. He was so protective of me. Guy hosted a coming out party for me at the once prestigious Savoy Manor Ballroom in the Bronx, New York. I even wore a ballroom gown, but still no boyfriend. He didn't want me to fall victim to any old Joe, not his little sister. Guy fulfilled the big brother role to the utmost! Guy moved into his own apartment with his girlfriend and their young daughter. I would sometimes stay there while my mother was at work. Guy would watch me for our mom as he studied for school. He would also pick me up from school on 23rd street in Manhattan, so that I would not have to use public transportation. Yet again, protecting his little sister.




| Reply all \| ⌄ | 🗑 Delete | Junk \| ⌄ | ••• |

It was a small and nice neighborhood office. I worked there as secretary and bookkeeper. Guy opened a beauty salon for my two older sisters to start their own business. My other brother was involved in the workings of the Kingdom Auto Leasing company. Our entire family was learning and earning their own wealth. Guy was a stickler when it came to completing and even just going to school. He was not offering something for nothing. Schooling was extremely important to him. He even encouraged his friends to obtain their driver's licenses. It did not make sense for adults to drive around without one. That's the type of man he is, always motivating someone positively.

Guy is a family man at heart. Our fondest memories of times spent together were on Christmas eves. All family members had to be present no matter what! Everyone had a corner. Each of us looked from our corners to see whose pile was larger. We all waited for Guy to arrive with the biggest boxes and the best gifts. One year he came in with an older woman who was very nice. He seemed so happy. We all danced together and had a great time. My mom loved those gatherings every year. One year Guy had a terrible accident following the family function. He endured damage to his heart and lungs. He continues to suffer from the effects of that trauma to this day.

Following that occurrence, Guy was sentenced to life in prison.I couldn't believe it. I was devastated. That's when our relationship changed from my big "Father Figure" brother to older brother, younger sister.
Mrs. Florence Fisher Lacy