# Guy Fisher Corona virus 38

**wrice19 . <wrice19@gmail.com>**

Wed 7/8/2020 1:59 PM

Archive

To: Mark Gombiner <Mark_Gombiner@fd.org>;

To whom it may concern I Willie Rice have know Guy Fisher for over 43 years and while growing up I seen Mr Fisher buy kids in his neighborhood sneakers uniforms for his basketball team. Give us tickets for apollo theater concert food to myself and other people family buy books and school supplies for klds . As a long time friend of Mr Guy Fisher he desire a second chance in life for the things he have done in his past. He have did his time in jail and now it's time to let him out to be with his family and friends. Mr Fisher have got so many different Degrees while he been lock up for his crimes. Please give him a second chance in life and let him spend what ever time he have left in his life to educate these young kids that crime don't paid . Let him go free to be with his family. Thanking you in advance. Please have mercy on my good friend Guy Fisher.