DEAR YOUR HONOR MY NAME IS GUY THOMAS FISHER I AM CURRENTLY SERVING MY 38th. YEAR IN PRISON AND I WILL BE 73 YEARS OLD ON JULY 21, 2020. I AM WRITING YOU IN BEHALF OF MYSELF. I AM CURRENTLY AN INMATE AT F.C.I. YAZOO CITY MEDIUM. P.O. BOX 5000.  WHICH IS LOCATED IN YAZOO CITY, MS. 39194

FOR THE PAT 38 YEARS I HAVE BEEN INCARCERATED. I WAS SENTENCES TO A LIFE TERM OF IMPRISONMENT WITH NO ELIGIBILITY FOR PAROLE. I WAS CONVICTED OF DRUG RELATED CRIMES. WHICH INCLUDED CONTINUED CRIMINAL ENTERPRISE, 1983.

YOUR HONOR I KNOW I CAN NOT CHANGE MY PAST, NOR CAN I HIDE MY NEGATIVES OF MY PAST AND ABOVE ALL I AM SO VERY ASHAMED OF WHO I WAS. PEOPLE AS A WHOLE TEND TO DWELL ON ALL THE NEGATIVES OF THEIR PAST. IN DURING SO, THEY SQUEEZE OUT ALL THE GOOD THAT COMES WITH THE PAIN OF GROWTH AND THE AMENDMENT OF THEIR NEGATIVES. THERE ARE NO GOALS THAT CANNOT BE ACHIEVED IF YOU BALANCE YOUR LIFE WITH THE "KNOWLEDGE", THE "WISDOM" AND THE LOVE OF SELF. I WISH I HAD HAD SOMEONE TO UNDERSTAND ME THE WAY I NOW UNDERSTAND THE NEED FOR GUIDANCE AND EDUCATION. I UNDERSTAND WHAT IT IS LIKE TO BE POOR, TO BE BEATEN AND TO BE MISUNDERSTOOD, HAVING GROWN UP UNDER VERY HARSH CIRCUMSTANCES IN THE PATTERSON PROJECTS IN THE SOUTH BRONX. MOST OF ALL, I TOTALLY UNDERSTAND THE NECESSITY TO ACHIEVE A BETTER LIFE BY ANY MEANS NECESSARY, WHEN THERE IS NO ONE TO GUIDE YOU TOWARDS THE IMPORTANCE OF WHAT AN EDUCATION CAN DO FOR YOU.

THESE PAST 38 YEARS OF MY INCARCERATION HAVE REDEFINED ME, AND I CANT ATTEST TO THE POSITIVE GROWTH AND DEVELOPMENT THAT I HAVE UNDERGONE. I AM THE FIRST AND THE ONLY INMATE IN THE HISTORY OF STATE AND FEDERAL BUREAU OF PRISONS THAT HAS RECEIVED FOUR ACCREDITED COLLEGIATE DEGREES WHILE INCARCERATED: ASSOCIATES, BACHELORS, MASTERS, AND ULTIMATELY MY PhD IN SOCIOLOGY. WHILE SERVING MY TIME, I HAVE WRITTEN MORE THAN 25 SCREENPLAYS, AND NUMEROUS NOVELS, ALL THE WHILE MENTORING OTHERS TO ENRICH THEIR LIVES THROUGH EDUCATION AND THE DEVELOPMENT OF POSITIVE SELF-CONCEPTS. I TAKE GREAT PRIDE IN SAYING THAT MY JOURNEY HAS BEEN THE TRUE DEFINITION OF REHABILITATION: I HAVE COME TO UNDERSTAND THAT GAINING AN EDUCATION CAN TRANSITION ONES WORLD-VIEW AND CHANGE THE DECISION-MAKING PROCESS FOR AN INDIVIDUAL SUCH AS MYSELF.

I WANT TO GIVE BACK TO THE SOCIETY FROM WHICH I COME, BY RETURNING TO MY ROOTS AND MENTORING THE YOUTH OF AMERICA, SO AS TO NOT MAKE THE SAME MISTAKES THAT I MADE IN THE PAST. IF ANYONE WILL REACH OUR YOUTH, IT WILL BE ME OR SOMEONE VERY MUCH LIKE ME BECAUSE YOUNG PEOPLE FROM MY COMMUNITY RELATE TO MY EXPERIENCES. THE DISPROPORTIONATE NUMBER OF TODAY'S INCARCERATED YOUNG PEOPLE OF COLOR IS HORRENDOUS. I CAN HELP TURN THIS AROUND, BY SHARING MY TRUTH AND MY PAST.

THE ONE THING IN MY PERSONAL LIFE, WHICH CAN NEVER BE RELIVED BY ME AS A MAN AND AS A FATHER TO ALL MY CHILDREN, WHO ARE NOW ADULTS, IS TO GIVE THEM BACK THEIR LOSS OF NOT HAVING A FATHER WHILE THEY WERE GROWING UP. MEMBERS OF MY IMMEDIATE FAMILY OFTEN TEASE ME ABOUT MY ACCEPTANCE OF MY CHILDREN, WHOM HAVE COME FORTH DURING MY PAST 38 YEARS OF INCARCERATION, STATING THEY ARE MY SONS AND MY DAUGHTERS. WHAT THE TEASING MEMBERS OF MY FAMILY FAIL TO REALIZE IS THE FACT THAT I WOULD RATHER ACCEPT A CHILD THAT WAS NOT MINE, THAT TO REJECT ONE THAT TRULY IS MINE! PLUS, HOW COULD I EVER DENY ANY CHILD THAT IS MINE THE OPPORTUNITY TO BE REPRESENTED BY A PARENT. WHEN I MYSELF WAS ADOPTED? THE ANSWER IS I CANNOT!

IT IS IMPERATIVE THAT AMERICA TAKE A NEW APPROACH TO SOLVING ISSUES OF IMPRISONMENT. FOR MORE THAN THREE DECADES, I HAVE SPENT MY LIFE IN PRISON. I BELIEVE THE TIME HAS COME TO GRANT ME MY FREEDOM, AS I HAVE PROVEN THAT I AM READY TO RETURN TO SOCIETY WITH MY PURPOSE; THAT I MAY NOW DO "GOD'S WORK"!!

THE REMORSE I FEEL FOR THE NEGATIVE IMPACT THAT I HAVE HAD ON MYSELF, MY LOVING FAMILY, MY COMMUNITY, AND SOCIETY AS A WHOLE, I FEEL I DESERVE A "SECOND CHANCE YOUR HONOR". TO GIVE SOMETHING POSITIVE BACK TO THE WORLD. AMERICA IS BY FAR THE CAPITAL OF THE WORLD TO THE WORLD, AND WITHOUT A DOUBT IS IS BY FAR THE GREATEST COUNTRY IN THE WORLD! WHAT I HAVE LEARNED AND ACCEPTED FIRST AND FOREMOST IN MY PRESENT DAY LIFE IS THE FACT THAT IT MAY BE SOCIETY OR PARENTS WHO ARE AT FAULT FOR THE WAY A PERSON IS, BUT, IT IS HIS OR HER FAULT IF AND IN FACT THEY REMAIN THAT WAY! THE COMMUNICATION IS MEANT TO GRACEFULLY AND HUMBLY REQUEST THAT YOU YOUR HONOR BE SO KIND AS TO SUPPORT AND AID ME IN BEING RELEASE FROM MY INCARCERATION! I PROMISE YOU HERE AND NOW "HONORABLE JUSTICE". THAT YOU NOR ANY MEMBERS OF YOUR "EXECUTIVE PANEL OF JUSTICES", WILL NEVER REGRET HAVING ME A BRAND NEW BEGINNING IN LIFE! BECAUSE I WILL SERVE TO HELP AND PREVENT THE YOUTH OF AMERICA FROM SPENDING THE REST OF THEIR YOUNG LIVES IN PRISON CELLS ALL ACROSS THESE UNITED STATES!

I SINCERELY! THANK YOU SO VERY MUCH YOUR HONORABLE JUSTICE!!!

GUY THOMAS FISHER