Department of Justice
## INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
**PROGRESS REPORT: 08-24-2016**

| | |
|---|---|
| Judicial Recommendations: | None / None / None |
| Special Conditions of Supervision: | None |

| | | | |
|---|---|---|---|
| USPO Sentencing: | Michael Fitzpatrick, Chief<br>New York Southern Probation Office<br>Daniel Patrick Moynihan United States Courthouse<br>500 Pearl Street Room 698<br>New York, NY 10007-1312 | USPO Relocation: | [POC]<br>[District]<br>[Street Address/Suite]<br>[City], [State] [Zip] |
| Phone/Fax: | 212-805-0040 / 212-805-0046 | Phone/Fax: | [Phone] / [Fax] |

| | | | |
|---|---|---|---|
| Subject to 18 U.S.C. 4042(B) Notification:<br>• Past conviction for a crime of violence (state and federal)<br>• Current conviction for a crime of violence (state and federal)<br>• Conviction for a drug trafficking crime (federal) | Y | DNA Required:<br>Subject to Sex Offender Notifications:<br>Treaty Transfer Case: | Y - 05-24-2011<br>Y<br>N |

Profile Comments:

### EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| RBK | ESL HAS | ENGLISH PROFICIENT | 07-22-1991 | CURRENT |
| RBK | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-01-1991 | CURRENT |

### COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| INFORMATIONAL JOB FAIR | 04-30-2016 | 32 |
| AFFORDABLE HEALTH CARE SEMINAR | 10-29-2015 | 2 |
| SEXAHOLICS ANONYMOUS INFO | 04-30-2013 | 1 |
| SEX TRANSMITTED INFECTION INFO | 04-26-2013 | 1 |
| USP MONEYSMART: KEEP IT SAFE | 02-22-2013 | 1 |
| COUNTDOWN TO FREEDOM (RPP5-RR) | 01-03-2013 | 1 |
| INTENSITY TRAINING | 12-27-2012 | 3 |
| ABDOMINAL CLASS | 12-27-2012 | 2 |
| SAAF/HEPATITIS AWARE (RPP1-HN) | 12-11-2012 | 1 |
| SEXAHOLICS ANONYMOUS (RPP6-PG) | 11-16-2012 | 1 |
| SELF STUDY BLOODBORNE PATHOGEN | 11-01-2011 | 1 |
| SCREENPLAY | 10-27-2009 | 21 |
| FITNESS PRGM AGE 50+ M/F 1230 | 06-30-2008 | 22 |
| FITNESS PRGM AGE 50+ M/F 1230 | 03-27-2008 | 21 |
| FITNESS PRGM AGE 50+ M/F 1230 | 12-28-2007 | 16 |
| OSHA GEN INDUSTRY | 08-01-2007 | 10 |
| MASTER THESIS | 01-09-2007 | 45 |