

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 16, 2020

Honorable Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    **Re:** *United States of America v. Guy Fisher*, Docket No. 83 Cr. 150 (PAC)

Dear Judge Crotty:

    The Government respectfully requests, with the consent of defense counsel, an additional two days, until August 21, 2020, in order to submit its response to the defendant's motion (ECF. No. 84). The current deadline is August 19, 2020. This request is the Government's first for an extension of time.

                                        Respectfully submitted,

8/17/2020
A two-day extension until
August 21, 2020 is granted.
SO ORDERED.

*/s/ Paul A. Crotty*

                                AUDREY STRAUSS
                                Acting United States Attorney for the
                                Southern District of New York

                                by: */s/ Kaylan E. Lasky*
                                Kaylan E. Lasky
                                Assistant United States Attorney
                                (212) 637-2315
                                kaylan.lasky@usdoj.gov

cc: Mark B. Gombiner, Esq. (via ECF)