# Exhibit B

PLD:yp
3-2245/2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,                    :

       - v -                                    :          <u>INDICTMENT</u>

GUY THOMAS FISHER,                           :          SS 83 Cr. 150 (MP)
  a/k/a "Radio,"
  a/k/a "Stick,"
FRANK ALPHONSO JAMES,                        :
  a/k/a "Black Frank,"
  a/k/a "Alphonso James,"                     :
WALLACE RICE,
ISHMAEL MUHAMMED,                            :
  a/k/a "Samuel Jones,"
  a/k/a "Brother Jones,"
  a/k/a "Brother,"                            :
  a/k/a "BJ,"
THOMAS FORMAN,                               :
  a/k/a "Gaps,"
ELMER THOMAS MORRIS, JR.,                    :
  a/k/a "Coco,"
a/k/a "William Barhem,"                      :
JAMES WHEELINGS,
  a/k/a "Tippy,"a/k/a
"Jay Wagner"                                 :
KENNETH THOMAS,
  a/k/a "Fat Kenny,"                          :
  a/k/a "China,"
                           :

       Defendants.

                           :

- - - - - - - - - - - - - - - - - -x

<u>COUNT ONE</u>

<u>NARCOTICS CONSPIRACY</u>

The Grand Jury charges:

1.   From on or about January 1, 1972 and continuously
thereafter up to and including the date of the filing of this
Indictment, in the Southern District of New York and elsewhere,

PLD:yp
3-2245/2

the defendants, GUY THOMAS FISHER, a/k/a "Radio," a/k/a "Stick,"
FRANK ALPHONSO JAMES, a/k/a "Black Frank," a/k/a "Alphonso
James," WALLACE RICE, ISHMAEL MUHAMMED, a/k/a "Samuel Jones,"
a/k/a "Brother Jones," a/k/a "Brother," a/k/a "BJ," THOMAS
FORMAN, a/k/a "Gaps," ELMER THOMAS MORRIS, JR., a/k/a "Coco,"
a/k/a "William Barhem," JAMES WHEELINGS, a/k/a "Tippy," a/k/a
"Jay Wagner", KENNETH THOMAS, a/k/a "Fat Kenny," a/k/a "China,"
together with others to the Grand Jury known and unknown, in-
cluding Leroy "Nicky" Barnes, named herein as a co-conspirator
but not a defendant, unlawfully, intentionally and knowingly
combined, conspired, confederated and agreed together and with
each other to violate Sections 812, 841(a)(1) and 841(b)(1)(A)
of Title 21, United States Code.

### The Objects of the Conspiracy

2.   It was part of said conspiracy that said
defendants unlawfully, intentionally and knowingly would and did
distribute and possess with intent to distribute massive
quantities of heroin, a Schedule I narcotic drug controlled
substance, and cocaine, a Schedule II narcotic drug controlled
substance, in violation of Sections 812, 841(a)(1) and
841(b)(1)(A) of Title 21, United States Code.

### The Means Used By The Defendants And Their Co-conspirators To Further The Objects of The Conspiracy

3.   Among the means whereby the defendants and their
co-conspirators would and did carry out the objects of the
conspiracy and insure the success of their venture to receive
and distribute narcotic drugs for profit were the following:

- 2 -

PLD:yp
3-2245/2

4. The conspiracy took the form of a loosely-knit business organization with members performing different functions and operating at different levels of responsibility:

(i) At times relevant to this Indictment, the organization was headed by an administrative body of equal partners known as the "Council," which served to organize, supervise and manage the operations of various separate but affiliated narcotics groups. The Council at certain times was composed of the defendants GUY THOMAS FISHER, FRANK ALPHONSO JAMES, WALLACE RICE, ISHMAEL MUHAMMED, THOMAS FORMAN, as well as Leroy "Nicky" Barnes and Joseph Hayden, a/k/a "Jazz", each of whom at times headed his own narcotics enterprise;

(ii) The Council pooled resources, shared heroin sources, allocated heroin supplies and sales territories, adjudicated disputes among heroin traffickers in the New York metropolitan area and elsewhere and managed the narcotics organizations of incarcerated members;

(iii) Depending on the circumstances, each Council member would at times perform a special role within the conspiracy in addition to that of managing his own narcotics distribution organization:

(a) Leroy Barnes, because of his contacts with heroin importers, frequently provided wholesale quantities of highly pure heroin to other Council members.

(b) GUY THOMAS FISHER assumed Barnes' role upon Barnes' incarceration in 1978.

- 3 -

PLD:yp
3-2245/2

(c)   FRANK ALPHONSO JAMES played a leading
role in the formation of the Council and managed WALLACE RICE's
and Joseph Hayden's narcotics organizations during periods'
in which RICE and Hayden were in jail.

(d)   WALLACE RICE, at times acting through
his wife Natalie Rice, frequently supplied Council members with
ingredients such as quinine and mannitol necessary for the
processing of high purity heroin into a product suitable for use
by heroin addicts.

(e)   ISHMAEL MUHAMMED at times supplied
other Council members with cocaine for resale to wholesale and
retail customers.

(f)   THOMAS FORMAN, in addition to managing
a Brooklyn-based narcotics organization, acted as treasurer to
the Council by approving the allocation of narcotics profits to
pay for goods and services provided to the Council, such as law
enforcement intelligence provided by ELMER THOMAS MORRIS, JR.

(g)   Joseph Hayden, a/k/a "Jazz", an unindicted
member of the Council, managed GUY THOMAS FISHER's narcotics
business while FISHER was incarcerated in the period August 1976
through March 1977.

(iv) At times relevant to this Indictment,
certain individuals were deemed to be actual or potential
witnesses against one or more members of the organization or were
deemed to have otherwise failed to fulfill their obligations to

PLD:yp
3-2245/2

the organization.  It was part of the conspiracy that the
Council would approve and/or cause the murder of these
individuals.

(v)  After the incarceration of Leroy "Nicky"
Barnes in 1978, the organization continued with the defendants
GUY THOMAS FISHER, FRANK ALPHONSO JAMES, WALLACE RICE, ISHMAEL
MUHAMMED and THOMAS FORMAN sharing heroin sources, information
and supplies, exchanging employees and otherwise cooperating with
each other.

(vi) At times relevant to this Indictment, GUY
THOMAS FISHER, FRANK ALPHONSO JAMES, WALLACE RICE, ISHMAEL
MUHAMMED and THOMAS FORMAN headed separate but interrelated
groups of subordinates, known as "crews" consisting of lieutenants,
body guards, "hit men", "money washers", heroin processers
("mill workers") and retail distributors.  Heroin processors'
functions included finding locations for the secure storage of
heroin (i.e., "stashes") and processing bulk quantities of high
purity heroin into small packages of heavily diluted heroin
suitable for use by heroin addicts (i.e., "cutting mills").
Members of these crews included the defendants, ELMER THOMAS
MORRIS, JR., JAMES WHEELINGS and KENNETH THOMAS, among numerous
others.

(vii)  It was the special role of ELMER THOMAS
MORRIS, JR., a former policeman, to provide firearms training to
members of the organization and to determine whether certain
individuals were cooperating with law enforcement authorities.

PLD:yp
3-2245/2

## OVERT ACTS

In pursuance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

1. In or about the period 1973-1975, GUY THOMAS FISHER, FRANK ALPHONSO JAMES, WALLACE RICE, ISHMAEL MUHAMMED and THOMAS FORMAN, together with Leroy Barnes and Joseph Hayden, possessed multi-kilogram quantities of heroin supplied by Matthew Madonna, a/k/a "Matty."

2. On or about September 30, 1974, GUY FISHER possessed approximately $103,000 in cash.

3. On or about December 3, 1974, ISHMAEL MUHAMMED, among others, caused the incorporation of an entity known as the Hubba Hubba Club, Inc.

4. On or about January 9, 1975, WALLACE RICE shot Lawrence Billings in the head.

5. On or about January 14, 1975, WALLACE RICE possessed two handguns and approximately $42,400 in cash.

6. On or about April 23, 1975, ELMER THOMAS MORRIS, JR. caused the incorporation of Kingdom Auto Leasing, Inc.

7. On or about June 20, 1975, WALLACE RICE possessed $12,000 in cash.

8. On or about August 8, 1975, GUY THOMAS FISHER and ISHMAEL MUHAMMED murdered Oscar Wilson, a/k/a "Chink" and Oswaldo Peterson, a/k/a "Atlantic City Pete" in the Hubba-Hubba Club, 83 West 118th Street, New York, New York.

PLD:yp
3-2245/2

      9.   On or about September 27, 1975, FRANK ALPHONSO JAMES and others murdered Joseph Beechum.

      10.   On or about December 10, 1975, Stanley Morgan was murdered.

      11.   In or about the period 1976-1977, GUY THOMAS FISHER, FRANK ALPHONSO JAMES, WALLACE RICE, ISHMAEL MUHAMMED and THOMAS FORMAN received heroin supplied by Benito Cortina.

      12.   On or about June 24, 1976, THOMAS FORMAN received a package from Richard Smith in the vicinity of 302 East 126th Street, New York, New York.

      13.   On or about July 16, 1976, WALLACE RICE possessed approximately 1/8th of a kilogram of heroin.

      14.   On or about July 29, 1976, GUY THOMAS FISHER and others murdered Carmine Pugliese.

      15.   In or about the period August through September 1976, GUY THOMAS FISHER, ELMER THOMAS MORRIS, JR., JAMES WHEELINGS and KENNETH THOMAS and others operated a heroin "cutting mill" at an apartment at Lefrak City, Queens, New York.

      16.   On or about August 12, 1976, WALLACE RICE possessed approximately 1/8th kilogram of heroin.

      17.   In or about the period September through October 1976, GUY THOMAS FISHER, ELMER THOMAS MORRIS, JR., JAMES WHEELINGS and KENNETH THOMAS and others operated a heroin "cutting mill" at Apartment 5-F, 1655 Undercliff Avenue, Bronx, New York.

PLD:yp
3-2245/2

18.  On or about October 25, 1976, WALLACE RICE, Leroy "Nicky" Barnes, Joseph Hayden, Edward Jones and Alfred Scott possessed two handguns.

19.  On or about November 14, 1976, KENNETH THOMAS possessed a pistol equipped with a silencer, lactose and glassine envelopes.

20.  On or about November 16, 1976, Richard Miller, a/k/a "Ricky" possessed approximately 440 glassine envelopes of heroin obtained from one of GUY THOMAS FISHER's heroin cutting mills.

21.  On December 16, 1976, Wayne Sasso and Brenda Sasso conducted a "money wash" by delivering $10,000 in small denomination bills to a Special Agent of the Drug Enforcement Administration who was then acting in an undercover capacity in exchange for $10,000 in large denomination bills.

22.  On January 19, 1977, at the Club 83, 151 Lenox Avenue, New York, New York, Joseph Hayden, a/k/a "Jazz" and Gary Carswell, a/k/a "Bucky Beaver," a/k/a "Gator," conducted a $47,000 "money wash" with a Special Agent of the Drug Enforcement Administration who was then acting in an undercover capacity.

23.  On or about March 14, 1977, Waymin Hines, a/k/a "Whop" and Walter Centano, a/k/a "Chico Bob" distributed approximately 892.7 grams (net weight) of heroin to a Special Agent of the Drug Enforcement Administration who was then acting in an undercover capacity.

PLD:yp
3-2245/2

24. In or about May 1977, GUY THOMAS FISHER, JAMES WHEELINGS and others stored narcotics at Apartment 3-E, 2205 Crescent Avenue, Bronx, New York.

25. In or about the summer of 1977, GUY THOMAS FISHER and JAMES WHEELINGS murdered Ronald Bell at the Kingdom Auto Garage, 1504 Inwood Avenue, Bronx, New York.

26. On or about June 21, 1977, Robert Atkinson, a/k/a "Skeeter", was murdered in the vicinity of Cypress Avenue and 139th Street Bronx, New York.

27. On or about July 8, 1977, FRANK ALPHONSO JAMES visited WALLACE RICE at Ossining Correctional Facility, Ossining, New York.

28. In or about the period August 1977 - June 1980, GUY THOMAS FISHER, ELMER T. MORRIS, JR., and JAMES WHEELINGS operated a heroin "cutting mill" at Apartment 5-A, 600 Burke Avenue, Bronx, New York.

29. On or about August 20, 1977, FRANK ALPHONSO JAMES visited WALLACE RICE at Ossining Correctional Facility, Ossining, New York.

30. In or about the period April through December 1977, GUY THOMAS FISHER, FRANK ALPHONSO JAMES, ISHMAEL MUHAMMED, THOMAS FORMAN and Leroy "Nicky" Barnes discussed plans to murder Robert Geronimo, a prospective witness for the United States in a criminal case.

31. In or about the period October through December 1977, GUY THOMAS FISHER obtained poison for use against Robert Geronimo.

- 9 -

PLD:yp
3-2245/2

32. In or about the period 1978-1981, GUY THOMAS FISHER, FRANK ALPHONSO JAMES, ISHMAEL MUHAMMED and THOMAS FORMAN received heroin supplied by Murad Nercessian, a/k/a "Mikey Coco."

33. In or about the period February-March 1979, ISHMAEL MUHAMMED had a discussion with Murad Nercessian, a/k/a "Mikey Coco."

34. On or about February 12, 1978, FRANK ALPHONSO JAMES caused the murder of Russell Laudermilk, a/k/a "Rusty."

35. On or about March 21, 1978, THOMAS FORMAN and FRANK ALPHONSO JAMES met in the vicinity of the Sandwich Oasis, 59 East 125th Street, New York, New York.

36. On or about March 23, 1978, ISHMAEL MUHAMMED and FRANK ALPHONSO JAMES met in the vicinity of the Sandwich Oasis, 59 East 125th Street, New York, New York.

37. On or about April 5, 1978, THOMAS FORMAN and FRANK ALPHONSO JAMES met in the vicinity of the Purple Manor, 125th Street, New York, New York.

38. On or about May 18, 1978, ISHMAEL MUHAMMED met with GUY THOMAS FISHER in the vicinity of the Apollo Theatre, 253 West 125th Street, New York, New York.

39. On or about October 3, 1978, FRANK JAMES visited WALLACE RICE at Ossining Correctional Facility, Ossining, New York.

40. On or about December 4, 1978, GUY THOMAS FISHER met with FRANK JAMES in the vicinity of the Sandwich Oasis, 59 East 125th Street, New York, New York.

PLD:yp
3-2245/2

41.  On or about May 1, 1979, Natalie Rice, the wife
of WALLACE RICE, and Beverly James, the wife of FRANK ALPHONSO
JAMES, discussed the purchase of quinine with a Special Agent of
the Drug Enforcement Administration who was then acting in an
undercover capacity.

42.  On or about June 2, 1979, Natalie Rice sold
approximately 1/8th kilogram of heroin to a Special Agent of the
Drug Enforcement Administration who was then acting in an under-
cover capacity.

43.  On or about June 6, 1979, Natalie Rice, obtained
approximately ten pounds of quinine from a Special Agent of the
Drug Enforcement Administration who was then acting in an
undercover capacity.

44.  On or about August 1, 1979, Natalie Rice received
delivery of approximately 30 pounds of quinine from a Special
Agent of the Drug Enforcement Administration who was then acting
in an undercover capacity.

45.  On or about August 9, 1979, FRANK ALPHONSO JAMES
visited WALLACE RICE at Ossining Correctional Facility,
Ossining, New York.

46.  On or about August 20, 1979, Natalie Rice visited
WALLACE RICE at Ossining Correctional Facility, Ossining, New
York.

47.  On or about September 14, 1979, GUY THOMAS FISHER
met with Murad Nercessian, in the vicinity of the Deegan Motel,
236th Street and Bailey Avenue, Bronx, New York.

PLD:yp
3-2245/2

48.  On or about October 11, 1979, ISHMAEL MUHAMMED met with GUY THOMAS FISHER in the vicinity of the Apollo Theatre, 253 West 125th Street, New York, New York.

49.  On or about October 31, 1979, GUY THOMAS FISHER and others met with Murad Nercessian and William Castaldi, a/k/a "Willie" in the vicinity of 3700 Jerome Avenue, Bronx, New York.

50.  On or about November 1, 1979, ISHMAEL MUHAMMED possessed an operable firearm.

51.  On or about December 4, 1979, GUY THOMAS FISHER met with Murad Nercessian.

52.  On or about December 15, 1979, Natalie Rice visited WALLACE RICE at Ossining Correctional Facility, Ossining, New York.

53.  On or about January 4, 1980, GUY THOMAS FISHER and another provided a package to Murad Nercessian.

54.  On or about January 11, 1980, Natalie Rice and John Waters, a/k/a "Sugar", possessed approximately 110.73 grams of heroin.

55.  In or about the period June 1980 through February 1981, JAMES WHEELINGS operated a heroin "cutting mill" at 217 East Mount Eden Avenue, Bronx, New York.

56.  In or about June 1980, ISHMAEL MUHAMMED visited Leroy "Nicky" Barnes at the United States Penitentiary, Marion, Illinois.

57.  In or about September 1980, FRANK ALPHONSO JAMES visited Leroy "Nicky" Barnes at the United States Penitentiary, Marion, Illinois.

PLD:yp
3-2245/2

58.  On or about August 7, 1980, FRANK ALPHONSO JAMES visited WALLACE RICE at Ossining Correctional Facility, Ossining, New York.

59.  On or about September 30, 1980, Helen Jones, a/k/a "Helen Muhammed" a/k/a "Yvonne Bolling", the wife of ISHMAEL MUHAMMED, possessed approximately three pounds of quinine, a handgun, and approximately $6,104 in cash.

60.  In or about the period January through July 1981, JAMES WHEELINGS operated a heroin "cutting mill" at Apartment 5-C, 2305 Sedgwick Avenue, Bronx, New York.

61.  In or about the period May through June 1981 THOMAS FORMAN distributed heroin to another individual.

62.  On or about June 24, 1981, GUY THOMAS FISHER provided Ronald Spencer, a/k/a "Tex," with approximately 1748.3 grams (net weight) of heroin.

63.  On or about July 12, 1981, FRANK ALPHONSO JAMES visited Leroy "Nicky" Barnes at the United States Penitentiary, Terre Haute, Indiana.

64.  On or about August 3, 1981, GUY THOMAS FISHER participated in a narcotics transaction in the vicinity of 148th Street and College Avenue, New York, New York.

65.  In or about the period September 1981 through early 1983, JAMES WHEELINGS and KENNETH THOMAS operated a heroin "cutting mill" at Apartment 6-A, 1740 Mulford Avenue, Bronx, New York.

PLD:yp
3-2245/2

66.  On or about September 3, 1981, FRANK ALPHONSO JAMES visited Leroy "Nicky" Barnes at the United States Penitentiary, Terre Haute, Indiana.

67.  On or about February 20, 1982, FRANK ALPHONSO JAMES met with WALLACE RICE at Ossining Correctional Facility, Ossining, New York.

68.  On or about May 19, 1982, FRANK ALPHONSO JAMES visited WALLACE RICE at Ossining Correctional Facility, Ossining, New York.

69.  On or about July 7, 1982, FRANK ALPHONSO JAMES met with Pasquale Inglese.

70.  In or about October 7-8, 1982, FRANK ALPHONSO JAMES visited Leroy "Nicky" Barnes at the United States Penitentiary, Terre Haute, Indiana.

71.  On or about October 13, 1982, FRANK ALPHONSO JAMES and WALLACE RICE negotiated to buy heroin from Special Agents of the Drug Enforcement Administation who were then acting in undercover capacities.

72.  On or about October 14, 1982, FRANK ALPHONSO JAMES possessed approximately one gram of heroin.

73.  On or about October 18, 1982, FRANK ALPHONSO JAMES possessed a .38 caliber Smith & Wesson revolver.

74.  On or about March 3, 1983, ELMER THOMAS MORRIS, JR. possessed a pistol, false identification, cocaine and 46 glassine envelopes containing heroin.

PLD:yp
3-2245/2

75.   On or about March 9, 1983, ELMER THOMAS MORRIS, JR. possessed a cocaine press and other narcotics paraphernalia.

76.   On or about March 9, 1983, JAMES WHEELINGS possessed a bullet-proof vest.

77.   On or about March 9, 1983, KENNETH THOMAS possessed narcotics paraphernalia.

78.   On or about March 10, 1983, GUY THOMAS FISHER, ISHMAEL MUHAMMED, THOMAS FORMAN, ELMER THOMAS MORRIS, JR., JAMES WHEELINGS and KENNETH THOMAS were present during a discussion of efforts to murder Leroy "Nicky" Barnes.

(Title 21, United States Code, Section 846.)

COUNT TWO

CONTINUING CRIMINAL ENTERPRISE (GUY THOMAS FISHER)

The Grand Jury further charges:

1.   From on or about January 1, 1972 and continuously thereafter up to and including the date of the filing of this Indictment, in the Southern District of New York and elsewhere, the defendant, GUY THOMAS FISHER, a/k/a "Radio," a/k/a "Stick," unlawfully, intentionally and knowingly did engage in a continuing criminal enterprise in that he unlawfully, intentionally and knowingly did violate Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) 841(b)(1)(B) and 841(b)(5) as alleged in Counts One, Seven, and paragraphs 24, 25 and 29 of Count Thirteen of this Indictment, which are incorporated by reference herein, and did commit other violations of said statutes, which violations were part of a continuing series of violations of said statutes undertaken by the defendant in

- 15 -

PLD:yp
3-2245/2

concert with at least five other persons, with respect to whom
GUY THOMAS FISHER, a/k/a "Radio," a/k/a "Stick," the defendant,
occupied a position of organizer, supervisor and manager and from
which continuing series of violations the defendant, GUY THOMAS
FISHER, a/k/a "Radio," a/k/a "Stick," obtained substantial income
and resources.

(Title 21, United States Code, Section 848.)

COUNT THREE

CONTINUING CRIMINAL ENTERPRISE (FRANK JAMES)

The Grand Jury further charges:

1. From on or about January 1, 1972 and continuously
thereafter up to and including the date of the filing of this
Indictment, in the Southern District of New York and elsewhere,
the defendant, FRANK ALPHONSO JAMES, a/k/a "Black Frank," a/k/a
"Alphonso James", unlawfully, intentionally and knowingly did
engage in a continuing criminal enterprise in that he unlawfully,
intentionally and knowingly did violate Title 21, United States
Code, Sections 841(a)(1) 841(b)(1)(A) and 844, as alleged in Counts
One, Eight and Nine of this Indictment, which are incorporated
by reference herein, and did commit other violations of said
statutes, which violations were part of a continuing series of
violations of said statutes undertaken by the defendant in
concert with at least five other persons with respect to whom,
the defendant. FRANK ALPHONSO JAMES, a/k/a "Black Frank," a/k/a
"Alphonso James", occupied a position of organizer, supervisor

- 16 -

PLD:yp
3-2245/2

and manager and from which continuing series of violations, the defendant, FRANK ALPHONSO JAMES, a/k/a "Black Frank," a/k/a "Alphonso James", obtained substantial income and resources.

2. As a result of profits obtained by the defendant, FRANK ALPHONSO JAMES, a/k/a "Black Frank", a/k/a "Alphonso James", in such continuing criminal enterprise, the defendant did purchase, obtain and maintain interests in property (including the property described below) and such property afforded the defendant a source of influence over such enterprise, which property is subject to forfeiture to the United States of America:

(i)  A private residence, all fixtures and furnishings therein, swimming pool and grounds located at 19 Dover Court, Bergenfield, New Jersey.

(ii)  A commercial building and all fittings and fixtures therein located at 59 East 125th Street, New York, New York.

(iii)  One 1980 American Motors Jeep Cherokee, New Jersey registration no. 254-NLU, VIN JOE18NN063479.

(iv)  One 1978 black BMW, New Jersey registration no. 395-NAK, VIN 5785292, registered in the name of FRANK JAMES.

(iv)  One 1977 black BMW, New Jersey registration no. 291-GMB, VIN B11AE5X135341, registered in the name of Beverly James, 34 State Street, Newark, New Jersey.

PLD:yp
3-2245/2

(vi)  One 1977 black BMW, New Jersey registration no. 962-KPA, registered in the name of Beverly James, 34 State Street, Newark, New Jersey.

(Title 21, United States Code, Section 848.)

## COUNT FOUR

## CONTINUING CRIMINAL ENTERPRISE (WALLACE RICE)

The Grand Jury further charges:

1.  From on or about January 1, 1968 and continuously thereafter up to and including the date of the filing of this Indictment, in the Southern District of New York and elsewhere, the defendant, WALLACE RICE, unlawfully, intentionally and knowingly did engage in a continuing criminal enterprise in that he unlawfully, intentionally and knowingly did violate Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), as alleged in Counts One and Eight of this Indictment, which are incorporated by reference herein, and did commit other violations of said statutes, which violations were part of a continuing series of violations of said statutes undertaken by the defendant in concert with at least five other persons with respect to whom the defendant, WALLACE RICE, occupied a position of organizer, supervisor and manager and from which continuing series of violations, the defendant, WALLACE RICE, obtained substantial income and resources.

2.  As a result of the profits obtained by the defendant, WALLACE RICE, in such continuing criminal enterprise, the defendant did purchase, obtain and maintain interests in property (including the property described below) and such

PLD:yp
3-2245/2

property afforded the defendant a source of influence over such enterprise, which property is subject to forfeiture to the United States of America:

       (i)  A private residence, all fixtures and furnishings therein and grounds located at 175 Kingsbridge Road, Mt. Vernon, New York.

       (ii)  An apartment building located at 126 West 124th Street, New York, New York.

       (iii)  An apartment building located at 25 West 123rd Street, New York, New York.

       (iv)  An apartment building located at 226 West 122nd Street, New York.

       (v)  An apartment building located at 218 Lenox Avenue, New York, New York.

       (Title 21, United States Code, Section 848.)

## COUNT FIVE

### CONTINUING CRIMINAL ENTERPRISE (ISHMAEL MUHAMMED)

The Grand Jury further charges:

1.  From on or about January 1, 1972 and continuously thereafter up to and including the date of the filing of this indictment, in the Southern District of New York and elsewhere, the defendant, ISHMAEL MUHAMMED, a/k/a "Samuel Jones," a/k/a "Brother Jones," a/k/a "Brother", a/k/a "BJ", unlawfully, intentionally and knowingly did engage in a continuing criminal enterprise in that he unlawfully, wilfully, intentionally and knowingly did violate Title 21, United States Code, Sections

PLD:yp
3-2245/2

841(a)(1) and 841(b)(1)(A), as alleged in Count One of this
Indictment, which is incorporated by reference herein, and did
commit other violations of said statutes, which violations were
part of a continuing series of violations of said statutes
undertaken by the defendant in concert with at least five other
persons with respect to whom the defendant, ISHMAEL MUHAMMED,
a/k/a "Samuel Jones," a/k/a "Brother," a/k/a "Brother Jones",
a/k/a "BJ", occupied a position of organizer, supervisor and
manager and from which continuing series of violations, the
defendant, ISHMAEL MUHAMMED, a/k/a "Samuel Jones," a/k/a "Brother
Jones", a/k/a "Brother," a/k/a "BJ", obtained substantial income
and resources.

    2.   As a result of profits obtained by the defendant
ISHMAEL MUHAMMED, a/k/a "Samuel Jones", a/k/a "Brother Jones",
a/k/a "Brother," a/k/a "BJ", in such continuing criminal
enterprise, the defendant did purchase, obtain and maintain
interests in property (including the property described below) and
such property afforded the defendant a source of influence over
such enterprise, which property is subject to forfeiture to the
United States of America:

    (i) One private residence, all fixtures and
furnishings and grounds located at 53 Campau Place, Bergenfield,
New Jersey.

    (ii) One 1975 Mercedes Benz, New Jersey
registration 777-SPS, registered in the name of Buco Capital,
Inc., 737 South 18th Street, Newark, New Jersey.

    (Title 21, United States Code, Section 848.)

PLD:yp
3-2245/2

## COUNT SIX

### CONTINUING CRIMINAL ENTERPRISE (THOMAS FORMAN)

The Grand Jury further charges:

1.    From on or about January 1, 1972 and continuously thereafter up to and including the date of the filing of this Indictment, in the Southern District of New York and elsewhere, the defendant, THOMAS FORMAN, a/k/a "Gaps," unlawfully, intentionally and knowingly did engage in a continuing criminal enterprise in that he unlawfully, intentionally and knowingly did violate Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), as alleged in Count One of this indictment, which is incorporated by reference herein, and did commit other violations of said statutes, which violations were part of a continuing series of violations of said statutes undertaken by the defendant in concert with at least five other persons with respect to whom the defendant THOMAS FORMAN, a/k/a "Gaps," occupied a position of organizer, supervisor and manager and from which continuing series of violations, THOMAS FORMAN, a/k/a "Gaps," the defendant, obtained substantial income and resources.

2.    As a result of profits obtained by the defendant THOMAS FORMAN, a/k/a "Gaps", in such continuing criminal enterprise, the defendant did purchase, obtain and maintain interests in property (including the property described below) and such property afforded the defendant a source of influence over such enterprise, which property is subject to forfeiture to the United States of America:

- 21 -

PLD:yp
3-2245/2

      (i)   A two-family residence located at 304 Beach 48th Street, Far Rockaway, Queens, New York.

      (ii)   One 1974 Audi, New York registration 321-AFR, VIN 8141105439.

      (iii)   One 1976 Alfa Romeo, New York registration "TEES DEE", VIN AR3048431.

      (Title 21, United States Code, Section 848.)

## COUNT SEVEN

### GUY FISHER'S DISTRIBUTION OF HEROIN

The Grand Jury further charges:

On or about June 24, 1981, in the Southern District of New York, the defendant GUY THOMAS FISHER, a/k/a "Radio", a/k/a "Stick", unlawfully, intentionally and knowing did distribute and possess with intent to distribute a Schedule I narcotic drug controlled substance, to wit, 1748.3 grams (net weight) of heroin and diluents.

      (Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A); Title 18, United States Code, Section 2.)

PLD:yp
3-2245/2

## COUNT EIGHT

### FRANK JAMES AND WALLACE RICE'S DISTRIBUTION OF HEROIN

The Grand Jury further charges:

On or about October 14, 1982, in the Southern District of New York, the defendants, FRANK ALPHONSO JAMES, a/k/a "Black Frank," a/k/a "Alphonso James," and WALLACE RICE, unlawfully, intentionally and knowingly did distribute and possess with intent to distribute a Schedule I narcotic drug controlled substance, to wit, approximately one gram (net weight) of heroin and diluents.

(Title 21, United States Code, Sections 812,
841(a)(1) and 841(b)(1)(A); Title 18, United
States Code, Section 2.)

## COUNT NINE

### FRANK JAMES' POSSESSION OF COCAINE

The Grand Jury further charges:

On or about of October 18, 1982, in the Southern District of New York, the defendant, FRANK ALPHONSO JAMES, a/k/a "Black Frank," a/k/a "Alphonso James," unlawfully, intentionally and knowingly did possess a controlled substance, to wit, approximately 1.12 grams of cocaine.

(Title 21, United States Code, Sections 812, 844.)

## COUNT TEN

### FRANK JAMES' UNLAWFUL POSSESSION OF A PISTOL

The Grand Jury further charges:

Sometime prior to October 18, 1982, in the Southern District of New York, the defendant, FRANK ALPHONSO JAMES, a/k/a "Black Frank," a/k/a "Alphonso James," being a person who had

- 23 -

PLD:yp
3-2245/2

previously been convicted in the Courts of the State of New York of a crime punishable by imprisonment for a term exceeding one year, did unlawfully, wilfully and knowingly, receive a firearm which had been shipped and transported in interestate commerce, to wit, a .38 caliber Smith & Wesson Revolver, serial number J975839.

(Title 18, United States Code, Sections 922(h) and 2.)

## COUNT ELEVEN

### ELMER MORRIS' POSSESSION OF 46 PACKAGES OF HEROIN

The Grand Jury further charges:

On or about March 3, 1983 in the Southern District of New York, the defendant ELMER THOMAS MORRIS, JR., a/k/a "Coco", a/k/a "William Barhem" unlawfully, wilfully and knowingly did possess with intent to distribute a Schedule I narcotic drug controlled substance, to wit, approximately 46 glassine envelopes containing heroin and diluents.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).)

## COUNT TWELVE

### ELMER MORRIS' USE OF A PISTOL

The Grand Jury further charges:

On or about March 3, 1983, in the Southern District of New York, the defendant ELMER THOMAS MORRIS, JR., a/k/a "Coco", a/k/a "William Barhem," unlawfully, wilfully and knowingly did carry a firearm during the commission of a felony for which he

PLD:yp
3-2245/2

may be prosecuted in a Court of the United States, to wit, the
possession with intent to distribute of a Schedule I narcotic
drug controlled substance as charged in Count Eleven above.

(Title 18, United States Code, Section 924(c)(2).)

## COUNT THIRTEEN

### RACKETEERING CONSPIRACY

The Grand Jury further charges:

1.   From in or about 1972 up to the date of the filing
of this Indictment, in the Southern District of New York and
elsewhere, the defendants, GUY THOMAS FISHER, a/k/a "Radio",
a/k/a "Stick", FRANK ALPHONSO JAMES, a/k/a "Black Frank", a/k/a
"Alphonso James", WALLACE RICE, ISHMAEL MUHAMMED, a/k/a "Samuel
Jones", a/k/a "Brother Jones", a/k/a Brother", a/k/a "BJ", THOMAS
FORMAN, a/k/a "Gaps", ELMER THOMAS MORRIS, JR., a/k/a "Coco",
a/k/a "William Barhem," JAMES WHEELINGS, a/k/a "Tippy", a/k/a
"Jay Wagner", KENNETH THOMAS, a/k/a "Fat Kenny", a/k/a "China",
and others to the Grand Jury known and unknown, including Leroy
"Nicky" Barnes, named herein as a co-conspirator but not as a
defendant, unlawfully, wilfully and knowingly combined, conspired
confederated and agreed together and with each other to violate
the racketeering laws of the United States, specifically Section
1962(c) of Title 18, United States Code.

PLD:yp
3-2245/2

## The Objects of the Conspiracy

2.   It was a part of the conspiracy that the defendants GUY THOMAS FISHER, a/k/a "Radio", a/k/a "Stick", FRANK ALPHONSO JAMES, a/k/a "Black Frank", a/k/a "Alphonso James", WALLACE RICE, ISHMAEL MUHAMMED, a/k/a "Samuel Jones", a/k/a "Brother Jones", a/k/a "BJ", THOMAS FORMAN, a/k/a "Gaps", ELMER THOMAS MORRIS, JR., a/k/a "Coco", a/k/a "William Barhem," JAMES WHEELINGS, a/k/a "Tippy", a/k/a "Jay Wagner", and KENNETH THOMAS, a/k/a "Fat Kenny", a/k/a "China" would and did conduct and participate, directly and indirectly, in the affairs of an "enterprise" as defined in Title 18, United States Code, Section 1961(4), namely, a group of individuals associated in fact for the purpose of making money in illegal trafficking in narcotics and other dangerous drugs through processing and distribution of such drugs, murder, and other unlawful means, which enterprise would and did operate in Brooklyn, the Bronx and Manhattan, amongst other locations, which enterprise would be and was engaged in and the activities of which would and did affect interstate commerce through a pattern of racketeering activity as set forth in paragraphs 4-39 of this Count.

PLD:yp
3-2245/2

## The Pattern of Racketeering Activity

3.   It was a part of the conspiracy to violate the racketeering laws that the defendants would and did participate in the enterprise through a pattern of racketeering activity as defined by Title 18, United States Code, Sections 1961(1)(A), 1961(1)(D) and 1961(5) which pattern would and did consist of the following racketeering acts:

### The Council's Receipt of Heroin from Matthew Madonna, a/k/a "Matty"

4.   In or about the period 1973-1975, in the Southern District of New York, the defendants GUY THOMAS FISHER, FRANK ALPHONSO JAMES, WALLACE RICE, ISHMAEL MUHAMMED, and THOMAS FORMAN did unlawfully, intentionally and knowingly distribute and possess with intent to distribute a Schedule I narcotic drug controlled substance, to wit, multi-kilogram quantities of heroin supplied by Matthew Madonna, a/k/a "Matty," in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

### The Shooting of Lawrence Billings

5.   On or about January 9, 1975, in the State of New York, the defendants GUY THOMAS FISHER, FRANK ALPHONSO JAMES, WALLACE RICE, ISHMAEL MUHAMMED and THOMAS FORMAN, and others to the Grand Jury known and unknown, including Leroy "Nicky" Barnes, named herein as a co-conspirator but not as a defendant, would and did unlawfully, wilfully and knowingly attempt through WALLACE RICE to murder Lawrence Billings, a/k/a "Lawrence Dixon", in violation of State law, to wit, Sections 125.25 and 110 of the New York Penal Law.

PLD:yp
3-2245/2

### The Murders of Oswaldo Peterson and Oscar Wilson — use Title

6.   On or about August 8, 1975, in the State of New York, the defendants GUY THOMAS FISHER, FRANK ALPHONSO JAMES, WALLACE RICE, ISHMAEL MUHAMMED, THOMAS FORMAN, ELMER THOMAS MORRIS, JR., and others to the Grand Jury known and unknown, including Leroy "Nicky" Barnes named herein as a co-conspirator but not a defendant, unlawfully, wilfully and knowingly, through GUY THOMAS FISHER and ISHMAEL MUHAMMED, would and did murder Oswaldo Peterson, a/k/a "Atlantic City Pete" in violation of State law, to wit, Section 125.25 of the New York Penal Law.

7.   On or about August 8, 1975 in the State of New York, the defendants GUY THOMAS FISHER, FRANK ALPHONSO JAMES, *and others named* WALLACE RICE, ISHMAEL MUHAMMED, THOMAS FORMAN and ELMER THOMAS MORRIS, JR. and others to the Grand Jury known and unknown, including Leroy "Nicky" Barnes, named herein as a co-conspirator but not a defendant, unlawfully, wilfully and knowingly, through GUY THOMAS FISHER and ISHMAEL MUHAMMED, would and did murder Oscar Wilson, a/k/a "Chink", in violation of State law, to wit, Section 125.25 of the New York Penal Law.

### The Murder of Joseph Beechum

8.   On or about September 27, 1975, in the State of New York, the defendants GUY THOMAS FISHER, FRANK ALPHONSO JAMES, WALLACE RICE, ISHMAEL MUHAMMED, THOMAS FORMAN, ELMER THOMAS MORRIS, JR. and others to the Grand Jury known and unknown, including Leroy "Nicky" Barnes, named herein as a co-conspirator but not a defendant, unlawfully, wilfully and knowingly through

- 28 -

PLD:yp
3-2245/2

FRANK ALPHONSO JAMES and others, would and did murder Joseph
Beechum in violation of State law, to wit, Section 125.25 of the
New York Penal Law.

### The Murder of Stanley Morgan

9.    On or about December 10, 1975, in the State
of New York, the defendants GUY THOMAS FISHER, FRANK ALPHONSO
JAMES, WALLACE RICE, ISHMAEL MUHAMMED, and THOMAS FORMAN
and others to the Grand Jury known and unknown, including Leroy
"Nicky" Barnes, named herein as a co-conspirator but not a
defendant, unlawfully, wilfully and knowingly, through Soloman
Glover, would and did murder Stanley Morgan in violation of State
law, to wit, Section 125.25 of the New York Penal Law.

### The Heroin Supplied by Benito Cortina

10.    In or about the period 1976-1977, in the Southern
District of New York, the defendants GUY THOMAS FISHER, FRANK
ALPHONSO JAMES, WALLACE RICE, ISHMAEL MUHAMMED, THOMAS FORMAN,
ELMER THOMAS MORRIS, JR., JAMES WHEELINGS and KENNETH THOMAS,
unlawfully, wilfully and knowingly would and did distribute and
possess with intent to distribute a Schedule I narcotic drug
controlled substance, to wit, multi-kilogram quantities of
"brown" heroin supplied by Benito Cortina, in violation of Title
21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A)
and Title 21, United States Code, Section 2.

PLD:yp
3-2245/2

### The Heroin Distributed through Richard Miller, a/k/a "Ricky"

11. On or about November 16, 1976, in the Southern District of New York, the defendants GUY THOMAS FISHER, ELMER THOMAS MORRIS, JR., and JAMES WHEELINGS would and did aid and abet Richard Miller, a/k/a "Ricky" to distribute and possess with intent to distribute a Schedule I narcotic drug controlled substance, to wit, 448 glassine envelopes of heroin and diluents in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Wallace Rice's Distribution of Heroin

12. On or about July 16, 1976, in the Southern District of New York, the defendant WALLACE RICE unlawfully, intentionally and knowingly would and did distribute and possess with intent to distribute a Schedule I narcotic drug controlled substance, to wit, approximately one-eighth kilogram of heroin and diluents in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

13. On or about August 12, 1976, in the Southern District of New York, the defendant WALLACE RICE unlawfully, intentionally and knowingly would and did distribute and possess with intent to distribute a Schedule I narcotic drug controlled substance, to wit, approximately one-eighth kilogram of heroin and diluents in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841 (b)(1)(A).

PLD:yp
3-2245/2

### The Murder of Carmine Pugliese

14. On or about July 29, 1976, in the State of New York, the defendants GUY THOMAS FISHER, FRANK ALPHONSO JAMES, WALLACE RICE, ISHMAEL MUHAMMED, THOMAS FORMAN, ELMER THOMAS MORRIS, JR. and others to the Grand Jury known and unknown, including Leroy "Nicky" Barnes, named herein as a co-conspirator but not a defendant, unlawfully, wilfully and knowingly, through GUY THOMAS FISHER and others would and did murder Carmine Pugliese, in violation of State law, to wit, Section 125.25 of the New York Penal Law.

### The Heroin Processing "Mill" at Lefrak City

15. In or about the period August through September 1976, in the Eastern District of New York, the defendants, GUY THOMAS FISHER, ELMER THOMAS MORRIS, JR.; JAMES WHEELINGS, and KENNETH THOMAS unlawfully, wilfully and knowingly would and did distribute and possess with intent to distribute, a Schedule I narcotic drug controlled substance, to wit, multi-kilogram quantities of heroin and diluents processed at an apartment at Lefrak City, Queens, New York in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### The Heroin Processing "Mill" at Elmer Thomas Morris' Apartment

16. In or about the period September through October 1976, in the Southern District of New York, GUY THOMAS FISHER, ELMER THOMAS MORRIS, JR., JAMES WHEELINGS and KENNETH THOMAS

PLD:yp
3-2245/2

unlawfully, wilfully and knowingly would and did distribute and possess with intent to distribute a Schedule I narcotic drug controlled substance, to wit, multi-kilogram quantities of heroin and diluents processed at the apartment of ELMER THOMAS MORRIS, JR., Apt. 5-F, 1655 Undercliff Avenue, Bronx, New York, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and Title 18, United States Code, Section 2.

### The Heroin Supplied by Murad Nercessian, a/k/a "Mikey Coco,"

17.   In or about the period 1977-1981, in the Southern District of New York the defendants GUY THOMAS FISHER, FRANK ALPHONSO JAMES, WALLACE RICE, ISHMAEL MUHAMMED, THOMAS FORMAN, ELMER THOMAS MORRIS, JR., JAMES WHEELINGS and KENNETH THOMAS unlawfully, wilfully and knowingly would and did distribute and possess with intent to distribute a Schedule I narcotic drug controlled substance, to wit, multi-kilogram quantities of heroin and diluents supplied by Murad Nercessian, a/k/a "Mikey Coco," in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### The Murder of Ronald Bell

18.   In or about the summer of 1977, in the State of New York, the defendants GUY THOMAS FISHER, FRANK ALPHONSO JAMES, WALLACE RICE, ISHMAEL MUHAMMED, THOMAS FORMAN, JAMES WHEELINGS

PLD:yp
3-2245/2

and others to the Grand jury known and unknown, including Leroy
"Nicky" Barnes, named herein as a co-conspirator but not a
defendant, unlawfully, wilfully and knowingly, through GUY THOMAS
FISHER and JAMES WHEELINGS, would and did murder Ronald Bell in
violation of State law, to wit, Section 125.25 of the New York
Penal Law.

### The Murder of Robert Atkinson, a/k/a "Skeeter"

19.  In or about June 21, 1977, in the State of New
York, the defendants GUY THOMAS FISHER, FRANK ALPHONSO JAMES,
WALLACE RICE, ISHMAEL MUHAMMED, THOMAS FORMAN, JAMES WHEELINGS
and others to the Grand Jury known and unknown, including Leroy
"Nicky" Barnes, named herein as a co-conspirator but not as a
defendant, unlawfully, wilfully and knowingly would and did mur-
der Robert Atkinson, a/k/a "Skeeter" in violation of State law,
to wit Section 125.25 of the New York Penal Law.

### Waymin Hines and Walter Centano's Distribution of 892.7 grams of Heroin

20.  On or about March 14, 1977, in the Southern Dis-
trict of New York, the defendants GUY THOMAS FISHER, ELMER THOMAS
MORRIS, JR., JAMES WHEELINGS and KENNETH THOMAS did aid and abet
Waymin Hines, a/k/a "Whop," and Walter Centano, a/k/a "Chico Bob",
both of whom are named herein as co-conspirators but not defen-
dants, to distribute and possess with intent to distribute a

PLD:yp
3-2245/2

Schedule I narcotic drug controlled substance, to wit, approximately 892.7 grams (net weight) of heroin and diluents in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### The Burke Avenue Heroin Processing Mill

21. In or about the period August 1977 through June 1980 in the Southern District of New York, the defendants GUY THOMAS FISHER, ELMER THOMAS MORRIS, JR., JAMES WHEELINGS and KENNETH THOMAS unlawfully, wilfully and knowingly would and did distribute and possess with intent to distribute a Schedule I narcotic drug controlled substance, to wit, multi-kilogram quantities of heroin and diluents processed at Apartment 5-A, 600 Burke Avenue, Bronx, New York, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### The Conspiracy to Murder Robert Geronimo

22. It was a further part of the aforesaid conspiracy that from on or about the period April through December 1977, in the State of New York, the defendants, GUY THOMAS FISHER, FRANK JAMES, WALLACE RICE, ISHMAEL MUHAMMED, THOMAS FORMAN and and JAMES WHEELINGS and others to the Grand Jury known and unknown, unlawfully, wilfully and knowingly would murder Robert Geronimo, in violation of violation of State law, to wit, Sections 125.25 and 110 of the New York Penal Law.

PLD:yp
3-2245/2

## The Murder of Russell Laudermilk, a/k/a "Rusty"

23.  On or about February 12, 1978, in the State of New York, the defendant FRANK JAMES would and did unlawfully, wilfully and knowingly cause the murder of Russell Laudermilk, a/k/a "Rusty", in violation of State law, to wit, Section 125.25 of the New York Penal Law.

## The Sale of Phencyclidine ("PCP," "Angel Dust") to an Undercover DEA Agent

24.  On or about January 19, 1979, in the Southern District of New York, James Brown, named herein as a co-conspirator but not a defendant, aided and abetted by the defendant GUY THOMAS FISHER, unlawfully, intentionally and knowingly would and did distribute and possess with intent to distribute a Schedule III drug controlled substance, to wit, approximately 424.47 grams (net weight) of Phencyclidine ("PCP," "Angel Dust") in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(5) and Title 18, United States Code, Section 2.

25.  On or about March 13, 1979, in the Southern District of New York, James Brown, named herein as a co-conspirator but not a defendant, aided and abetted by the defendant GUY THOMAS FISHER, unlawfully, intentionally and knowingly would and did distribute and possess with intent to distribute a Schedule III drug controlled substance, to wit, approximately 632.09 grams (net weight) of Phencyclidine ("PCP", "Angel Dust") in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(5) and Title 18, United States Code, Section 2.

PLD:yp
3-2245/2

### Heroin Sales by Wallace Rice's Wife

26. On or about June 2, 1979, in the Southern District of New York, the defendant WALLACE RICE, unlawfully, intentionally and knowingly would and did aid and abet Natalie Rice and Archie Phillips, named herein as co-conspirators but not defendants, to distribute and possess with intent to distribute a Schedule I narcotic drug controlled substance, to wit, approximately 123.58 grams (net weight) of heroin and diluents in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

27. On or about January 11, 1980, in the Southern District of New York, the defendant WALLACE RICE, unlawfully, intentionally and knowingly would and did aid and abet Natalie Rice, Archie Phillips and John Waters, a/k/a "Sugar," named herein as co-conspirators but not defendants, to distribute and possess with intent to distribute, a Schedule I narcotic drug controlled substance, to wit, approximately 110.73 grams (net weight) of heroin and diluents in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### The Sedgwick Avenue Heroin Processing "Mill"

28. In or about the period January through July 1981 in the Southern District of New York, the defendant JAMES WHEELINGS unlawfully, intentionally and knowingly would and did

PLD:yp
3-2245/2

distribute and possess with intent to distribute a Schedule I
narcotic drug controlled substance, to wit, multi-kilogram quan-
tities of heroin processed at Apartment 5-C, 2305 Sedgwick
Avenue, Bronx, New York, in violation of Title 21, United States
Code, Sections 812, 841(a)(1) and 841(b)(1)(A) and Title 18,
United States Code, Section 2.

### Elmer Morris' Attempt to Purchase
### 500 Pounds of Marijuana

29. On or about April 2, 1981, in the District of
Maryland, the defendants GUY THOMAS FISHER and ELMER THOMAS
MORRIS, JR., unlawfully, intentionally and knowingly would and
did attempt to distribute and possess with intent to distribute
a Schedule I drug controlled substance, to wit, approximately
500 pounds of marijuana in violation of Title 21, United States
Code, Section 846 and Title 18, United States Code, Section 2.

### Guy Fisher's Distribution of 3,000
### Grams of Heroin to Ronald Spencer
### a/k/a "Tex"

30. On or about June 24, 1981, in the Southern District
of New York, the defendant GUY THOMAS FISHER, unlawfully, inten-
tionally and knowingly would and did distribute and possess with
intent to distribute a Schedule I narcotic drug controlled sub-
stance, to wit approximately 1748.3 grams (net weight) of heroin
and diluents in violation of Title 21, United States Code,
Sections 812, 841(a)(1) and 841(b)(1)(A) and Title 18, United
States Code, Section 2.

PLD:yp
3-2245/2

## Thomas Forman's Distribution Of Heroin

31. In or about the period May - June 1981, in the
Eastern District of New York, THOMAS FORMAN, unlawfully
intentionally and knowingly would and did distribute and possess
with intent to distribute a Schedule I narcotic drug controlled
substance, to wit, quantities of heroin and diluents in violation
of Title 21, United States Code, Sections 812, 841(a)(1) and
841(b)(1)(A) and Title 18, United States Code, Section 2.

### The Mount Eden Avenue
### Heroin Processing "Mill"

32. In or about the period June through December 1981,
in the Southern District of New York, the defendant JAMES
WHEELINGS unlawfully, intentionally and knowingly would and did
distribute and possess with intent to distribute a Schedule I
narcotic drug controlled substance, to wit, multi-kilogram
quantities of heroin and diluents processed at Apartment 4-H, 218
East Mount Eden Avenue, Bronx, New York in violation of Title 21,
United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A) and
Title 18, United States Code, Section 2.

### The Mulford Avenue
### Heroin Processing "Mill"

33. In or about the period September 1981 through
1982, in the Southern District of New York, the defendant JAMES
WHEELINGS unlawfully, intentionally and knowingly would and did
distribute and possess with intent to distribute a Schedule I
narcotic drug controlled substance, to wit, multi-kilogram

PLD:yp
3-2245/2

quantities of heroin and diluents processed at Apartment 6-A,
1740 Mulford Avenue, Bronx, New York in violation of Title 21,
United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A) and
Title 18, United States Code, Section 2.

> Frank Alphonso James and Wallace Rice's Attempt
> to Purchase Multi-Kilogram Quantities of Heroin
> From An Undercover DEA Agent

34.   In or about the period October 1982, in the
Southern District of New York, the defendants FRANK ALPHONSO
JAMES and WALLACE RICE, unlawfully, intentionally and knowingly
would and did attempt to distribute and possess with intent to
distribute a Schedule I narcotic drug controlled substance, to
wit, multi-kilogram quantities of heroin and diluents, in
violation of Title 21, United States Code, Section 846.

35.   On or about October 14, 1982, in the Southern
District of New York, the defendants FRANK JAMES and WALLACE
RICE, unlawfully, intentionally and knowingly would and did
distribute and possess with intent to distribute a Schedule I
narcotic drug controlled substance, to wit, approximately one
gram of heroin and diluents in violation of Title 21, United
States Code, Sections 812, 841(a)(1) and 841(b)(1)(A) and Title
18, United States Code, Section 2.

> Elmer Morris' Possession of
> 46 "Quarters" of Heroin

36.   On or about March 3, 1983, in the Southern
District of New York, the defendant ELMER THOMAS MORRIS, JR.,

PLD:yp
3-2245/2

unlawfully, intentionally and knowingly would and did possess
with intent to distribute a Schedule I narcotic drug controlled
substance, to wit, approximately 46 glassine envelopes containing
heroin and diluents in violation of Title 21, United States Code,
Sections 812, 841(a)(1) and 841(b)(1)(A).

### Kenneth Thomas' Possession of Narcotics Paraphernalia at the Mulford Avenue Apartment

37.   In or about the period February through March 10,
1983, in the Southern District of New York, the defendant,
KENNETH THOMAS, a/k/a "Fat Kenny," a/k/a "China" unlawfully,
intentionally and knowingly would and did distribute and possess
with intent to distribute a Schedule I narcotic drug controlled
substance, to wit, unknown quantities of heroin and diluents at
Apartment 6-A, 1740 Mulford Avenue, Bronx, New York, in violation
of Title 21, United States Code, Sections 812, 841(a)(1) and
841(b)(1)(A), and Title 18, United States Code, Section 2.

### Elmer Morris' Possession of Cocaine and Narcotics Paraphernalia at the 1655 Undercliff Avenue Apartment

38.   On or about the period February through March 10,
1983, in the Southern District of New York, the defendant ELMER
THOMAS MORRIS, JR., a/k/a "Coco," unlawfully, wilfully and
knowingly would and did distribute and possess with intent to
distribute a Schedule I narcotic drug controlled substance, to
wit, unknown quantities of cocaine and diluents processed at

PLD:yp
3-2245/2

Apartment 5-F, 1655 Undercliff Avenue, Bronx, New York, in
violation of Title 21, United States Code, Sections 812,
841(a)(1) and 841(b)(1)(A).

### The Conspiracy to Murder
### Leroy "Nicky" Barnes

39.   It was a further part of the aforesaid conspiracy
that from on or about March 10, 1983 up to the date of
the filing of this Indictment, in the Southern District of New
York and elsewhere, the defendants GUY THOMAS FISHER, ISHMAEL
MUHAMMED, THOMAS FORMAN, ELMER THOMAS MORRIS, JR., and JAMES
WHEELINGS unlawfully, wilfully and knowingly would murder Leroy
"Nicky" Barnes in violation of State law, to wit, Sections 125.25
and 110 of the New York Penal Law.

### OVERT ACTS

40.   In pursuance of the conspiracy and to effect the
objects thereof, the overt acts alleged in Count One of this
Indictment, which overt acts are incorporated by reference herein
as well as the racketeering acts alleged in paragraphs 4-39 of
this Count, among other overt acts, were committed in the
Southern District of New York and elsewhere.

### FORFEITURE

41.   As a result of the violation of Title 18, United
States Code, Section 1962(d) as set forth in this Count, the
defendants acquired and maintained an interest in the property
described in Paragraph 2 of Counts Three through Six of this
Indictment, and in the property described below:

PLD:yp
3-2245/2

(i)   One blue 1983 Datsun, New York registration
3332-ARA, VIN JNIHU0158DT074572, registered in the name of
Madelyn Wheelings, 291 East 143 Street, Bronx, New York.

(ii)   One grey 1982 Datsun 280-Z, New York
registration 3333-ARA, VIN JNIH20658D4501686, registered in the
name of Madelyn Wheelings, 2180 Bronx Park East, Bronx, New York.

(iii)   One grey 1982 Toyota, New York registration
7014-ALN, VIN JT2RA64C5C6073872, registered in the name of
Madelyn Wheelings, 291 East 143rd Street, Bronx, New York.

(Title 18, United States Code, Section 1962(d).)

## COUNT FOURTEEN

### RACKETEERING ENTERPRISE

The Grand Jury further charges:

1.   From in or about 1972 up to the date of the filing
of this Indictment, in the Southern District of New York and
elsewhere, the defendants GUY THOMAS FISHER, a/k/a "Radio", a/k/a
"Stick", FRANK ALPHONSO JAMES, a/k/a "Black Frank", a/k/a
"Alphonso James", WALLACE RICE, ISHMAEL MUHAMMED, a/k/a "Samuel
Jones", a/k/a "Brother Jones", a/k/a "Brother," a/k/a "BJ",
THOMAS FORMAN, a/k/a "Gaps," ELMER THOMAS MORRIS, JR., a/k/a
"Coco," a/k/a "William Barhem," JAMES WHEELINGS, a/k/a "Tippy",
a/k/a "Jay Wagner", KENNETH THOMAS, a/k/a "Fat Kenny", a/k/a
"China" and others to the Grand Jury known and unknown, includ-
ing Leroy "Nicky" Barnes, named herein as a co-conspirator but
not a defendant, being employed by and associated with the
enterprise described in paragraph 2 of Count Thirteen, which

- 42 -

PLD:yp
3-2245/2

paragraph is specifically incorporated by reference herein, did
unlawfully, wilfully and knowingly conduct and participate,
directly and indirectly, in the affairs of that enterprise which
was engaged in and the activities of which affected interstate
commerce through a pattern of racketeering consisting of the acts
set forth in paragraphs 4 through 21 and 23-38 of Count Thirteen
of this Indictment, which paragraphs are specifically incorpor-
ated by reference herein.

       2.   Forfeiture

       As a result of the violation of Title 18, United
States Code, Section 1962(c) as set forth in this Count, the
defendants acquired and maintained an interest in the property
described in Paragraph 2 of Counts Three through Six and in
Paragraph 41 of Count Thirteen, which paragraphs are specifically
incorporated by reference herein.

       (Title 18, United States Code, Section 1962(c)).

## COUNT FIFTEEN

### CONSPIRACY TO MURDER GOVERNMENT WITNESSES

       The Grand Jury further charges:

       1.   From on or about January 1, 1972 and continuously
thereafter, up to and including the date of the filing of this
Indictment, in the Southern District of New York and elsewhere,
the defendants GUY THOMAS FISHER a/k/a "Radio", a/k/a "Stick",
FRANK ALPHONSO JAMES a/k/a "Black Frank", a/k/a "Alphonso James",
WALLACE RICE, ISHMAEL MUHAMMED a/k/a "Samuel Jones", a/k/a
"Brother," a/k/a "Brother Jones", a/k/a "BJ', THOMAS FORMAN,
a/k/a "Gaps," ELMER THOMAS MORRIS, JR., a/k/a "Coco," JAMES

PLD:yp
3-2245/2

WHEELINGS, a/k/a "Tippy," a/k/a "Jay Wagner", together with others to the Grand Jury known and unknown, including Leroy "Nicky" Barnes named herein as a co-conspirator but not a defendant, unlawfully, wilfully and knowingly combined, conspired, confederated and agreed together and with each other to violate Section 241 of Title 18, United States Code.

2.   It was part of said conspiracy that said defendants unlawfully, wilfully and knowingly would and did murder, injure, oppress, threaten and intimidate citizens in the free exercise and enjoyment of a right and privilege secured to them by the Constitution and the laws of the United States, namely the right to be witnesses against the defendants, in violation of Section 241 of Title 18, United States Code.

3.   Deaths resulted from said conspiracy, including those of Oswaldo Peterson, a/k/a "Atlantic City Pete," Oscar Wilson, a/k/a "Chink," Joseph Beechum and Carmine Pugliese.

OVERT ACTS

In pursuance of the said conspiracy and to effect the objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

1.   On or about January 9, 1975, WALLACE RICE shot Lawrence Billings in the head.

2.   On or about August 8, 1975, GUY THOMAS FISHER and ISHMAEL MUHAMMED, acting on information provided by ELMER THOMAS MORRIS, JR., murdered Oswaldo Peterson and Oscar Wilson.

3.   On or about September 27, 1975, FRANK ALPHONSO JAMES murdered Joseph Beechum in a moving vehicle, while Joseph

PLD:yp
3-2245/2

Hayden a/k/a "Jazz" and Leon Batts, a/k/a "Scrap", travelled together in a second "back-up" vehicle.

4.   On or about July 29, 1976, GUY THOMAS FISHER, and Joseph Hayden murdered Carmine Pugliese, aided and abetted by Leon Batts.

5.   In or about the period April through December 1977, GUY THOMAS FISHER, FRANK ALPHONSO JAMES, WALLACE RICE, ISHMAEL MUHAMMED, THOMAS FORMAN and JAMES WHEELINGS discussed plans to murder Robert Geronimo.

6.   In or about the period October through December 1977, Guy Thomas Fisher obtained poisen for use against Robert Geronimo.

7.   In or about 1978, FRANK ALPHONSO JAMES discussed with Leroy "Nicky" Barnes plans to murder three witnesses in certain state and federal trials.

8.   On or about March 10, 1983, GUY THOMAS FISHER, ISHMAEL MUHAMMED, THOMAS FORMAN, ELMER THOMAS MORRIS, JR., JAMES WHEELINGS, and Kenneth Thomas and others were present at a discussion of plans to murder Leroy "Nicky" Barnes.

(Title 18, United States Code, Section 241.)


FOREMAN                          RUDOLPH W. GIULIANI
                                 United States Attorney