**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 24, 2020

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Guy Fisher**
    **83 Cr. 150 (PAC)**

Your Honor:

      With the consent of the government, I am requesting that Mr. Fisher be allowed until August 28, 2020 to file a reply to the Government's Opposition to his Motion for Compassionate Release.

      Thank you for your attention to this application.

Respectfully submitted,

Mark B. Gombiner
Attorney for Guy Fisher

Cc: A.U.S.A. Kaylan Lasky